

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2021

No. 04-20-00524-CV

**IN THE INTEREST OF J.M.E., K.C.S., AND A.N.H., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02574
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The State's brief was originally due by January 19, 2021, and the State filed a motion requesting a twenty-day extension of time.

After consideration, we **GRANT** the motion and **ORDER** the State to file its brief **by February 8, 2021**. **The State is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court